2004R00434/ASL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06- 02 (JBS) |
| v. | : | 18 U.S.C. § 2252A(a)(5)(B) |
| PETER WILLIAMS | : | <u>I N F O R M A T I O N</u> |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

On or about April 16, 2004, in Union County, in the District of New Jersey, and elsewhere, defendant

PETER WILLIAMS

did knowingly and willfully possess material which contained at least 3 images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), which images had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which were produced using materials that had been shipped in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

_____
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

CASE NUMBER: 2004R00434

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

PETER WILLIAMS

# INFORMATION CHARGING VIOLATION OF

18 U.S.C. § 2252A(a)(5)(B)

**CHRISTOPHER J. CHRISTIE**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

ADAM S. LURIE
ASSISTANT U.S. ATTORNEY
973-645-2749

USA-48AD 8
(Ed. 1/97)